UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

002152706 ONTARIO LIMITED
and JEC DISTRIBUTORS INC.,

        Plaintiff,

v.

CHANGER & DRESSER CORP.,

        Defendant.

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Case No. 15-cv-00020

---

Pursuant to Fed. R. Civ. P. 7.1, plaintiff 002152706 Ontario Limited states that it has no parent companies, and that no publicly held company owns 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1, plaintiff JEC Distributors Inc. states that it has no parent companies, and that no publicly held company owns 10% or more of its stock.

Dated: January 6, 2015

PHILLIPS LYTLE LLP

By:    s/ Michael J. Berchou
      Michael J. Berchou
      Rowland Richards
      One Canalside
      125 Main Street
      Buffalo, New York 14203
      (716) 847-8400
      Fax: (716) 852-6100
      mberchou@phillipslyte.com
      rrichards@phillipslytle.com

Attorneys for Plaintiffs

Doc #01-2829407.1